ORIGINAL

EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

WES REBER PORTER           #7698
Assistant U.S. Attorney

DAVID A. NORKIN
Sp. Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    david.norkin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 8 2005

at 4 o'clock and 06 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00257 |
| Plaintiff, ) | **ORDER FOR DISMISSAL** |
| vs. ) | [21 U.S.C. § 844 (a)] |
| LOUIS L. BUSH, ) | |
| Defendant. ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Information against LOUIS L. BUSH on the grounds that the defendant is currently serving a significant jail term on a felony offense at Halawa State Prison.  In light of the

foregoing, it is not worth the time and expense to bring the defendant into federal court on this misdemeanor offense.

The defendant is not in custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, July 7, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

_____
WES REBER PORTER
Assistant U.S. Attorney

_____
DAVID A. NORKIN
Sp. Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

LESLIE E. KOBAYASHI

_____
United States Magistrate Judge

United States v. LOUIS L. BUSH
Cr. No. 03-00257
"Order for Dismissal"